# WATSTEIN | TEREPKA LLP

RYAN D. WATSTEIN
DIRECT DIAL: 404.400.7301
E-MAIL: ryan@wtlaw.com

May 10, 2023

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Ideda Antosi v MG LLC and Presidio Interactive Corp.*, No. 1:23-cv-00395,
              Joint Request to Appear Remotely

Dear Judge Ronchon:

    Plaintiff Ideda Antosi and Defendants MG LLC and Presidio Interactive Corp., through their undersigned counsel, (collectively, the "Parties") file this joint request to appear remotely for the initial pretrial conference on May 17, 2023 at 3:00 PM. As good cause, the Parties state that neither party intends to present evidence at the hearing and can adequately advocate their respective interests remotely. Further, the Parties' respective counsel reside outside of New York, in Massachusetts and Georgia. Requiring the Parties' appearance in person for the pretrial conference will impose an unnecessary expense and stifle the Parties' efforts to resolve this matter efficiently.

    In light of the foregoing, the Parties ask that the Court allow the May 17, 2023 initial pretrial conference to proceed remotely.

                                                        Respectfully submitted,

| | |
|---|---|
| /s/ Ryan D. Watstein | /s/ Anthony I. Paronich |
| Ryan D. Watstein (pro hac vice) | Anthony I. Paronich (pro hac vice) |
| WATSTEIN TEREPKA LLP | Paronich Law, P.C. |
| 1055 Howell Mill Road, 8th Floor | 350 Lincoln Street, Suite 2400 |
| Atlanta, Georgia 30318 | Hingham, MA 02043 |
| T: (404) 782-0695 | (508) 221-1510 |
| E: ryan@wtlaw.com | anthony@paronichlaw.com |
| | |
| *Counsel for Presidio Interactive Corp.* | |
| *and MG LLC* | |
| | /s/ Edward A. Broderick |
| | Edward A. Broderick (pro hac vice) |


Broderick Law, P.C.
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
ted@broderick-law.com

*Counsel for Plaintiff Ideda Antosi*

### Certificate of Service

I hereby certify that on May 10, 2023, I filed the foregoing via the Court's ECF system which will effect service on all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein (pro hac vice)

The request is GRANTED.  The conference scheduled for May 17, 2023 shall proceed by video.  The parties shall submit necessary contact information for the video conference via a letter on ECF as described in the Court's Individual Rules of Practice. *See* Rochon Individual Rules of Practice in Civil Cases, 2B. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 and using the Access Code: 5583342.

Dated: May 11, 2023
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

