UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEDA ANTOSI,<br><br>                             Plaintiff,<br><br>       -against-<br><br>MG LLC and PRESIDIO INTERACTIVE CORPORATION,<br><br>                             Defendants. | 23-cv-00395 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the May 18, 2023 Conference, Defendants' request to bifurcate discovery is GRANTED. The parties shall have 90 days to complete discovery on Plaintiff's individual claim, including whether Plaintiff consented to receiving the calls. By **May 25, 2023**, the parties shall file a proposed discovery schedule including proposed deadlines for dispositive motion practice, if any.

The parties may file a letter requesting a referral to the S.D.N.Y mediation program or to the assigned Magistrate Judge for a settlement conference at any time if they believe it would be helpful.

Dated: May 18, 2023
       New York, New York

                                                            SO ORDERED.

                                                            _Jennifer Rochon_
                                                            JENNIFER L. ROCHON
                                                            United States District Judge