# WATSTEIN TEREPKA LLP

July 17, 2023

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Ideda Antosi v MG LLC and Presidio Interactive Corp.*, No. 1:23-cv-00395, Joint Request to Enter Protective Order

Dear Judge Ronchon:

  Plaintiff Ideda Antosi and Defendants MG LLC and Presidio Interactive Corp., through their undersigned counsel, (collectively, the "Parties") file this joint request for the Court to enter the attached Protective Order. Discovery in this matter may involve inquiry into confidential, proprietary, or private information that the Parties agree is entitled to special protection from public disclosure and from use for any purpose other than prosecuting and defending this litigation. Good cause therefore exists to enter the attached Protective Order, based on the Court's Model Protective Order, to protect information, documents, and tangible things produced by the Parties during discovery.

  Accordingly, the Parties request that the Court enter the proposed Protective Order.

            Respectfully submitted,

| | |
|---|---|
| */s/ Ryan D. Watstein* | */s/ Anthony I. Paronich* |
| Ryan D. Watstein (pro hac vice) | Anthony I. Paronich (pro hac vice) |
| WATSTEIN TEREPKA LLP | Paronich Law, P.C. |
| 1055 Howell Mill Road, 8th Floor | 350 Lincoln Street, Suite 2400 |
| Atlanta, Georgia 30318 | Hingham, MA 02043 |
| T: (404) 782-0695 | (508) 221-1510 |
| E: ryan@wtlaw.com | anthony@paronichlaw.com |

*Counsel for Presidio Interactive Corp. and MG LLC*

*[Signatures Continue on Following Page]*

---

**Atlanta**
1055 Howell Mill Road 8th Floor.
Atlanta, GA 30318

**Los Angeles**
515 South Flower Street 19th Floor
Los Angeles, CA 90071

**Miami**
218 Northwest 24th Street 3rd Floor
Miami, FL 33127

 www.wtlaw.com    ryan@wtlaw.com    404-782-0695

The request is denied with leave to renew. The parties' proposed protective order was not signed.

Dated: July 18, 2023
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

/s/ Edward A. Broderick
Edward A. Broderick (pro hac vice)
Broderick Law, P.C.
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
ted@broderick-law.com

*Counsel for Plaintiff Ideda Antosi*