IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEDA ANTOSI, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MG LLC d/b/a TRANZACT and PRESIDIO INTERACTIVE CORPORATION<br><br>Defendants. | Case No. 1:23-cv-395 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Ideda Antosi and Defendants MG LLC and Presidio Interactive Corporation (the "Parties") stipulate and agree to dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Ryan D. Watstein (pro hac vice)
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
(404) 782-0695
ryan@wtlaw.com

*Counsel for Presidio Interactive Corp. and MG LLC*

Anthony I. Paronich (pro hac vice)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
Edward A. Broderick
Broderick Law, P.C.
176 Federal Street, Fifth Floot
Boston, Massachusetts 02110
(617) 738-7080
ted@broderick-law.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on August 1, 2023, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein

*Counsel for Presidio Interactive Corp. and MG LLC*